**Order entered August 6, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00448-CV

## ORANGE CUP DRIVE IN LLC, Appellant

## V.

## MID-CONTINENT CASUALTY COMPANY, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 95975-86**

## ORDER

As directed to do so, appellant has filed written verification that it has paid for the reporter's record. Accordingly, we **ORDER** Elizabeth Crow Woods, Official Court Reporter for the 86th Judicial District Court, to file the reporter's record **within thirty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Woods and all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE